MARY BIRCH ET AL v. GEORGE S. MILLER'S ADMR. ET AL.

Jurisdiction over Cross-petition—Pleading.

> Properly filing in the Circuit Court a petition for injunction and recission, gave to the court jurisdiction over a cross-petition, for a specific execution and an enforcement of the lien sought to be enjoined.

APPEAL FROM MARION CIRCUIT COURT.

December 4, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It is too late to inquire in this suit, into the validity or regularity of the judgment against Birch and wife; and her exoneration in this case, in consequence of her coverture, cannot operate to his prejudice.

Properly filing in the Marion circuit court the petition for injunction and rescission, certainly gave to that court jurisdiction over the cross petition for a specific execution and an enforcement of the lien. And we see no valid objection to the decree to that effect. The land seems to have been sold by the tract, and dower is not in the way.

As the purchaser under that decree of sale will get all the title of both vendor and vendee, it cannot be material whether Miller's deed was sufficient or not. But it appears to have passed Miller's title.

Wherefore, there being no substantial or available error in the judgment, it is affirmed.

Judge Hardin did not sit in this case.

*A. H. Field, for appellant.*

*Noble, for appellee.*